IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

RECEIVED
2019 MAR 23 A 3: 55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

__Peter James Smith__

Plaintiff(s),

v.

__Regions Bank Inc, et, al.__
__Regions Bank at RSA Regions Tower__

Defendant(s).

CIVIL ACTION NO. __2:19-cv-213-ECM-GMB__

JURY DEMAND (MARK ONE)

☒ YES    ☐ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: __Peter James Smith P.O. Box 1644 Montgomery, Alabama 36102-1644 (334) 552-0683__

2. Name and address of defendant(s): __Regions Bank at RSA Regions Tower 201 Monroe Street Montgomery, Alabama 36104. Regions Bank Inc, et, al. at 1900 5th Avenue North, Birmingham, AL. 35203.__

3. Place of alleged violation of civil rights: __RSA Regions Tower 201 Monroe Street Montgomery, Alabama 36104 [1st Floor]__

4. Date of alleged violation of civil rights: __2-1-2019 (Friday).__

5. State the facts on which you base your allegation that your constitutional rights have been violated: __Violation of Civil Rights Act of 1964 as it pertains to Race (Black), Gender (Male), and Age by the Regions Bank security guard a White Male. This act of intimidation is a felony as I am a Federal witness to a wire fraud incident in the same building occurring at Suite 162 on 1-2-2018. The white male security guard told me I had been in the building all day at 10:06 am and threatened to pull his gun if I didn't leave the building. We were both standing in the Regions Bank lobby at the time. I was reading a brochure about a Black History Month essay contest at the time of the warning. Who knows what will happen to a Black Male in the United States of America if a gun leaves its holster in a bank lobby? An unarmed Black Male at that.__

1

6.  Relief requested: Intentional Infliction of Emotional Distress, Compensatory and Punitive Damages, relief for violation of the hate/crimes Statutes as they pertain to my being a Black Male and unsheltered Homeless, defamation as everyone in the bank lobby saw what happened to me by a White Male armed security guard at the Regions Bank.

Date: March 22, 2019

Peter James Smith
Peter James Smith
Plaintiff(s) Signature

# PRIORITY
## ★ MAIL ★
## EXPRESS™

SAME GREAT EXPRESS MAIL® SERVICE, WITH A NEW NAME

GUARANTEED
★ ★ ★
TRACKED
★ ★ ★
INSURED
★

Drop Box
3/26/19
Did not check
drop box
3/25/19

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*


PS10001000006
EP13F July 2013
OD: 12.5 x 9.5


UNITED STATES POSTAL SERVICE®