IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER JAMES SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIV. ACT. NO. 2:19-cv-213-ECM ) (WO) |
| REGIONS BANK, INC., *et al.*, | ) ) |
| Defendants. | ) |

**OPINION and ORDER**

On June 12, 2019, the Magistrate Judge entered a Recommendation recommending that the motion for leave to proceed *in forma pauperis* be granted and this case be dismissed. (Doc. 19). On June 26, 2019, the Plaintiff filed objections to the Recommendation. (Doc. 20). The Court has carefully reviewed the record in this case, the Recommendation of the Magistrate Judge, and the Plaintiff's objections. Accordingly, upon an independent review of the file in this case and for good cause, it is

ORDERED as follows that:

1. the Plaintiff's objections are OVERRULED;

2. the motion to proceed *in forma pauperis* is GRANTED;

3. the Recommendation of the Magistrate Judge is ADOPTED; and

4. this case is hereby DISMISSED prior to service of process.

DONE this 16th day of July, 2019.

    /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE